# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET
CONCORD, NEW HAMPSHIRE  03301-3941

Office of the Clerk
James R. Starr
Clerk

Telephone
603-225-1423

September 18, 2008

In re:   Civil No. 08-cv-281-JL, Diane Devine Mizusawa v. High Liner Foods (USA), Incorporated

To:   Clerk, Rockingham County Superior Court
Formerly your case #(s): 08-E-0322

     By Court order, the above case was remanded to your court.  We enclose a certified copy of the order and docket entries.

     Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.  If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

     Orders of remand are not reviewable on appeal or otherwise, 28 U.S.C. § 1447(d), except in certain civil rights cases described in 28 U.S.C. § 1443,   28 U.S.C. § 1447(d), class actions within the meaning of 28 U.S.C. § 1453(c)(1), and certification decisions regarding whether a federal employee named in a tort action was acting within the scope of employment pursuant to 28 U.S.C. § 2679.  See Osborn v. Haley, 549 U.S. 225 (2007).

                                                JAMES R. STARR
                                                CLERK

Enclosures

cc:   Ralph Woodman, Jr., Esq.
      Amy Celeste Mackin, Esq.
      Christopher Cole, Esq.
      Karyl Roberts Martin, Esq.